# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL-BOWMAN, et al., <br>     Plaintiffs, <br> v. <br> NATAN SHAWN BARASHY, et al., <br>     Defendants. | Case No.: 2:21-cv-01271-GMN-NJK <br><br> **Order** |

Because the Court granted Plaintiffs' request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915. Docket No. 6. The Court found that Plaintiffs' complaint was deficient. *Id.* at 2-4. As a result, the Court dismissed Plaintiffs' complaint and granted Plaintiffs leave to amend the complaint, requiring that an amended complaint be filed no later than August 25, 2021. *Id.* at 5. To date, the Court has not received an amended complaint or any request to extend the deadline for filing one. The Court will grant Plaintiffs one final opportunity to amend their complaint.

Accordingly, the Court **ORDERS** that any amended complaint must be filed no later than September 30, 2021. Failure to comply with this order will result in the recommended dismissal of this case.

Dated: August 31, 2021

                                                                Nancy J. Koppe <br>
                                                               United States Magistrate Judge